IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00138

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. 1600 JULIAN WAY DENVER, COLORADO 80219;
2. 2 GOLD BARS;
3. 2017 TOYOTA TUNDRA VIN: 5TFUW5F10HX649331;
4. 1058 DEARBORN AURORA COLORADO, 80011;
5. $44,000.00 IN UNITED STATES CURRENCY;
6. 1971 CHEVROLET CHEVELLE MALIBU VIN: 136671B230718;
7. $5,200.00 IN UNITED STATES CURRENCY;
8. 2015 GMC SIERRA 2500HD DENALI CREW CAB VIN: 1GT120E84FF623835; and
9. 2013 JEEP GRAND CHEROKEE VIN: 1C4RJFDJ3DC574414;

       Defendants.

---

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

---

The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1. The United States of America ("the United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881 seeking forfeiture of the defendant assets as proceeds traceable to one or more violations of 21 U.S.C. § 801 et seq.

1

2.      This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.  Venue is proper 28 U.S.C. § 1395, as the defendant property is located, and the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

3.      Defendant property is more fully described as:

a.  Defendant 1600 Julian Way Denver, Colorado 80219, more fully described as:

> Lot, Block 1, Carlson-McClelland-Frederics Sunny Acres,
> City and County of Denver, State of Colorado

Defendant 1600 Julian Way, Denver, Colorado, is titled to Moises Garcia Gallegos.  It was purchased on December 15, 2015, for $216,000.00.

b.  Defendant 2 Gold Bars, seized on September 20, 2022, from 13432 Falls Drive, Broomfield, Colorado, is currently in the custody of the United States Marshal Service, Denver, Colorado.

c.  Defendant 2017 Toyota Tundra VIN: 5TFUW5F10HX649331, seized on September 20, 2022, from 13432 Falls Drive, Broomfield, Colorado, is currently in the custody of the United States Marshal Service.

d.  1058 Dearborn Street, Aurora Colorado, 80011, more fully described as:

> Lot 5, Block 22, Chambers Heights Third Filing,
> County of Arapahoe, State of Colorado.

Defendant 1058 Dearborn Street, Aurora, Colorado is titled to Urbano and Michelle Marquez.  It was purchase on February 20, 2004, and upon information and belief is encumbered in the amount of $46,849.00.

e.   Defendant $44,000.00 in United States currency seized on July 20, 2022, at 1410 West 41st Avenue, 80211, is currently in the custody of the United States Marshal Service, Denver, Colorado.

f.   Defendant $5,200.00 in United States currency, seized on July 20, 2022, at 4419 Grant Street, Denver 80216, is currently in the custody of the United States Marshal Service, Denver, Colorado.

g.   Defendant 1971 Chevrolet Chevelle Malibu VIN: 136671B230718, July 20, 2022, is currently in the custody of the United States Marshal Service, Denver, Colorado.

h.   Defendant 2015 GMC Sierra 2500 HD Denali Crew Cab VIN: 1GT120E84FF623835, seized on July 26, 2022, is currently in the custody of the United States Marshal Service, Denver, Colorado.

i.   Defendant 2013 Jeep Grand Cherokee VIN: 1C4RJFDJ3DC574414, seized on July 21, 2022, is currently in the custody of the United States Marshal Service, Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

4.   Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## Investigation

5.   Beginning in October, 2021, the North Metro Task Force and Drug Enforcement Administration (DEA) began investigating the drug trafficking activities of the

Efrain Garcia-Loza Drug Trafficking Organization (DTO).   Through surveillance, law enforcement observed the drug trafficking activities of multiple DTO members, including Ronnie Garcia, Urbano Marquez and Michelle Marquez, Julio Alba-Guzman, and Erica Menchaca, among others.

Surveillance of Alba-Guzman

February 17, 2022

6.      On February 17, 2022, Alba-Guzman called an individual named "Juanito" to say that the load would be arriving around 3 p.m.  Juanito asked Alba-Guzman if he should send Sergio Chavez-Franco with the "papers" now or later.  Alba-Guzman said later and sent him the address where he was located.  The term "papers" between drug-traffickers often refers to currency.

7.      Juanito then called Chavez-Franco and said that Alba-Guzman asked for the $8,000.00 to help with the "work."  Juanito told Chavez-Franco that it would be around 3 p.m.  The term "work" between drug-traffickers often refers to narcotics.

8.      Chavez-Franco drove to 4409 Upham Street and parked next to a Chevrolet Express Van.  There, he met with Alba-Guzman and talked for several minutes.  Chavez-Franco gave Alba-Guzman a package, and Alba-Guzman placed the package inside the driver side door of the van.

9.      Chavez-Franco left 4409 Upham Street and called Juanito.  Chavez-Franco told Juanito that the guys were running late, but he gave Alba-Guzman the "paper."

June 15, 2022

10.     On June 15, 2022, Sergio Morales Parra called Alba-Guzman, and they spoke about what time Alba-Guzman was getting off and if Morales Parra could be on his way.  Alba-Guzman told him to wait until he gets off.

11.     Morales Parra is a weekly customer of Alba-Guzman's, usually getting anywhere from a few grams to an eight ball of cocaine at a time.  Investigators received 153 phone calls and text messages on Alba-Guzman's phone to and from Morales Parra. Most of the text messages from Morales Parra had single digit numbers, (1, 3, and 5), representing the number of grams desired.

12.     Later that day, June 15, 2022, Morales Parra arrived at Alba-Guzman's house, 1600 Julian Way, Denver, Colorado.  Morales Parra called Alba-Guzman, who said he wasn't home yet and that his wife, Erica Menchaca, was not there yet either.

13.     Alba-Guzman called Morales Para and told him to wait there.  Alba-Guzman said that she (Menchaca) was getting dropped off because she had carpooled with someone to work.  Alba-Guzman said that she (Menchaca) would leave it in the Jeep.

14.     After Menchaca arrived at 1600 Julian Way, she entered and exited the house and then walked over to a black Jeep parked in the driveway.  She then returned to the house.  After this occurred, Morales Parra left his car and walked over to the Jeep, opened the driver side door and grabbed a bag, which he placed in his pocket.  He then returned to his car and drove away.

July 25, 2022

15.    On July 25, 2022, a source of supply (SOS) in Mexico called Alba Guzman. During the call, Alba Guzman said he wanted to start "working" (selling narcotics) and asked the SOS if he had "work."

16.    Alba-Guzman said he wanted to start with "250 or something like that," and that he did not want too much.  Alba-Guzman said if he started with a "Michelada" (play on words for half) it would last too long, and Alba-Guzman would just be starting again. The SOS said they could do that.  Alba-Guzman asked if Wednesday or Thursday would work for the SOS.  The SOS said yes.

July 27, 2022

17.    On July 27, 2022, the SOS called Alba-Guzman.  The SOS said he was calling to see if Alba-Guzman still wanted "that." Alba-Guzman said yes, he still wanted it. Alba-Guzman asked where the third-party (the local distributor) was located and if it was still off 120th.  The SOS said yes.

18.    Alba-Guzman asked how much the SOS was going to charge.  The SOS asked how much Alba-Guzman was getting for it (elsewhere) right now.  Alba-Guzman said he has not grabbed any since he stopped, and he had not tried looking elsewhere. The SOS said they had "left it to him at 2,6" ($26,000).  Alba-Guzman said he just wanted to get started because he didn't have too many people. Alba-Guzman asked if it (the price) would be 6 1/2 ($6,500).  The SOS said yes.

19.    Alba-Guzman told the SOS that he didn't want the third party (local distributor) to get anxious because Alba-Guzman had a lot of work and Alba-Guzman

wanted to see the third party in the day and not the evening.  Alba-Guzman told the SOS

to put aside the "insurance" (narcotics) for him so he could start working.

August 1, 2022

20.     On July 30, 2022, the SOS sent a text message to Alba-Guzman with a

phone number for a local source of supply, believed to be Javier Vasquez, who lives at

13432 Falls Drive, Broomfield, Colorado.

21.     The next day, on July 31, 2022, Vasquez sent a text message to Alba-

Guzman: "Hello buddy, Do you need it today or are you okay with tomorrow. I can get

close to you."  Alba Guzman responded, "tomorrow."

22.     On August 1, 2022, Alba-Guzman sent a text to Vasquez, "what time are

you available so I don't get stuck in traffic."  Vasquez said, "Call me buddy."  Later,

Vasquez texted, "We can 'paint' if you would like."  Investigators believe Vasquez is

relaying he is ready to meet with Alba-Guzman and has the narcotics ready.

23.     Alba-Guzman   called   Vasquez.     Vasquez   asked   if   Alba-Guzman

remembered where they had gone to paint the houses off of 128th and Huron.

24.     Vasquez said if Alba-Guzman had time, Vasquez had the "paint" there to

finish the project and asked if Alba-Guzman wanted to head his way or Vasquez could

head towards Alba-Guzman's later after work.  Alba-Guzman asked where they could

meet later in the afternoon.  Vasquez said he was working on a job right now, but Vasquez

could head that way later.  Vasquez said they could go where they sell furniture.  Alba-

Guzman said he would call Vasquez back in a bit to coordinate.

25.     At 12:00 p.m., Alba-Guzman left his house at 1600 Julian Way in his Jeep Grand Cherokee and drove to 128th Avenue and Huron Street.  Alba-Guzman called Vasquez and said he was at the entrance.  Vasquez said he had gone to get the "paint" but would be there shortly.   Alba-Guzman said he would go straight on 130th and once it curves he would meet him on the other side.  Alba-Guzman said there was a red dumpster that he would park in front of.

26.     Alba-Guzman drove the Jeep around the block and parked off 130th Avenue and Fox Street.  A Hispanic male believed to be Vasquez got out of a Toyota Tundra and approached Alba-Guzman at his front driver side window, where a hand-to-hand transaction occurred.

September 8, 2022

27.     On September 8, 2022, Alba Guzman called Vasquez.  Vasquez said he would try and hurry so he could meet up with Alba-Guzman. Vasquez suggested that they could meet where they have met before.

28.     At around 1:30 p.m., Alba-Guzman called Vasquez and said he would be heading towards him and asked if it was at the same spot.  Vasquez said yes, but it was more towards the end of the street.

29.     Alba-Guzman left his house and drove to the meeting location.  He then sent a text message to Vasquez to tell him he was there.  Vasquez told Alba-Guzman to make a left on 128th and to go towards the houses that were still under construction.

30.     Law enforcement observed Vasquez's gray Toyota Tundra backed into the driveway of 12881 Galapago Street, Westminster, Colorado.

31.     Vasquez left 12881 Galapago Street and went to the front passenger door of his Toyota Tundra, where he grabbed a package.  He then went to Alba-Guzman's car to make the exchange.

<u>Search Warrant at 1600 Julian Way</u>

32.     On September 20, 2022, DEA agents and the North Metro Task Force executed search warrants at several locations associated with the DTO.

33.     During the execution of the search warrant at 1600 Julian Way, Denver, Colorado, investigators found two gallon-sized Ziplock style cellophane bags next to the toilet in the bathroom with chunks of cocaine on the toilet rim where Alba-Guzman had destroyed drug evidence.  Investigators also found large bundles of United States currency, totaling $50,000.00 hidden inside clothing in a closet, and $6,024.00 in United States currency from a main level bedroom.

34.     Officers also found nineteen cell phones in a dresser drawer in the bedroom, and three more cell phones in another drawer.

35.     Law enforcement agents spoke with Alba-Guzman's wife, Erica Menchaca. Menchaca said that the residence at 1600 Julian Way belonged to both Menchaca and Alba-Guzman; however, the property was listed in the names of Menchaca's parents, as she did not have credit and Alba-Guzman was not a resident.

36.     Menchaca also told agents that she was aware and had participated in the storage and sale of controlled substances, particularly cocaine, as well as bulk United States currency, which represented proceeds from the sale of cocaine and other controlled substances.

37.     Agents asked Menchaca about the Chevrolet Silverado truck in the driveway.  Menchaca said the Chevrolet was bought recently with cash from the sale of Alba-Guzman's Jeep Grand Cherokee.  She also said that the purchase of the Jeep Cherokee was completed with proceeds from the sale of cocaine.

Defendant 1600 Julian Way

38.     Defendant 1600 Julian Way, Denver, Colorado is titled to Moises Garcia Gallegos.  It was purchased on December 15, 2015, for $216,000.00.

39.     As stated above, defendant 1600 Julian Way was used to facilitate the commission of drug-trafficking.

### Search Warrant at 13432 Falls Drive

40.     On September 20, 2022, DEA agents executed a search warrant at Javier Vasquez's home, 13432 Falls Drive, Broomfield, Colorado.

Defendants 2 Gold Bars and Defendant 2017 Toyota Tundra

41.     Agents seized 22.52 grams of cocaine inside the 13432 Falls Drive residence.  Agents also seized approximately $21,537.00 in United States currency and defendant 2 Gold Bars as proceeds of drug trafficking.

42.     During the search of 13432 Falls Drive, law enforcement officers interviewed Javier Vazquez. Vazquez admitted to selling three times to Julio Alba Guzman, who he knew as "Paisa."  Vazquez advised he was "pushed" by a male he knew in Mexico to sell a ¼ kilo to "Paisa."

43.     Agents seized defendant 2017 Toyota Tundra as a vehicle used to facilitate drug trafficking.  At the time of seizure, agents located a pill bottle with cocaine residue in the center console of defendant 2017 Toyota Tundra.

44.     Defendant 2017 Toyota Tundra was purchased on September 29, 2018, by Javier Vasquez and Dany Vasquez for $34,750.00.

45.     As stated above, on or about August 1, 2022, and September 8, 2022, Javier Vasquez used defendant 2017 Toyota Tundra to facilitate his drug trafficking activities.

46.     Since 2021, Javier Vasquez has been employed with a painting company, making approximately $35,000 a year.

<u>Surveillance of Urbano Marquez</u>

47.     On December 21, 2021, Urbano Marquez was identified on an intercepted communication with Garcia-Loza in which it appeared that Marquez was acquiring larger quantities of controlled substances and appeared to be an alternate local source of supply for Garcia-Loza. Records checks revealed that one of Marquez's cell phones has been in telephonic contact with three of Garcia-Loza's identified cellular telephones.

<u>February 7, 2022</u>

48.     On or about February 7, 2022, Urbano Marquez called Efrain Garcia-Loza and asks to borrow two thousand dollars because he is short, and the guy was there, and he did not want him to leave without it.  Garcia-Loza agreed and told Marquez that he would be able to come over soon.

49.     Law enforcement observed Marquez at his home located at 1058 Dearborn Street, Aurora, Colorado.   A Toyota Camry pulled up next to 1058 Dearborn Street. Based on wire-intercepts, law enforcement then observed Marquez leave his house and go to the front passenger window of the Camry, carrying a kilogram of cocaine.  Marquez made the exchange with the driver of the Camry, and then the Camry drove off quickly.

50.     Around 4:30p.m. that same day, law enforcement observed Garcia-Loza arrive at 1058 Dearborn Street.  Marquez got into the front seat of Garcia-Lopez's car and made a hand-to-hand transaction.   Law enforcement believe that, based on their conversation earlier in the day, that this was a delivery of two thousand dollars from Garcia-Lopez to Marquez.

April 27, 2022

51.     On April 27, 2022, Marquez called "Eddie."  Eddie told Marquez that he gave Marquez's phone number to a third party that would call Marquez.  About fifteen minutes later, Eddie called Marquez and said his family member (supplier) would possibly take a while and it would not happen until noon.  Marquez said he would let the guy (customer) know because he was driving from Colorado Springs.

52.     Eddie said the delivery guy is his uncle and the old man would not be available until after lunch.

53.     About three hours later, Marquez called Eddie and asked how long it was going to take the uncle to arrive, Eddie said whatever time his uncle took to get to Marquez.  Marquez wanted to know so that Marquez could have all the money ready and the uncle wouldn't have to wait.  Eddie told Marquez his uncle was on the way and

needed to make sure Marquez was going to be home and Marquez repeated he wanted to make sure he had the money first.

54.     Marquez called Eddie back and stated that the guy with the money would be at Marquez's house in about an hour and asked if the uncle could arrive in an hour and fifteen minutes.  Eddie said the uncle could drop "them" off with Marquez, and later in the afternoon Marquez could take the "paper."  Marquez said that would work and Marquez was not planning on going anywhere.  Eddie said the uncle would drop that off and Marquez and the uncle could come to an agreement about the "paper."  Eddie asked if it was 20 closed ($20,000 even) and Marquez said yes.

55.     At 12:28 p.m., Eddie called Marquez to tell him that the guy with the tacos (product) was there.  At that time, a gray Toyota Corolla pulled up to 1058 Dearborn Street.

56.     Marquez left his house and got into the front passenger seat of the Corolla for a moment, then went back inside the house.  The Corolla then left the area.

57.     Marquez called Eddie and told him that the uncle just dropped one off.  Eddie told Marquez that it should have been two and that he would make a call.

58.     Eddie called Marquez back and said that his cousin would take Marquez the other "contract."  Eddie said that his cousin misunderstood and that it was supposed to be two "contracts."   The term "contracts" between drug-traffickers often refers to narcotics.

59.     Later, around 4:10 p.m., law enforcement observed Marquez leave his house and get into a car driven by his wife, Michelle Marquez.  Surveillance units followed the car and made a traffic stop.

60.     With consent to search the car, officers found approximately one kilogram of cocaine in Michelle Marquez's purse.  Marquez told the officers that the drugs were his and was arrested.

<u>June 20, 2022</u>

61.     On June 20, 2022, Eddie called Barrios Villegas and told him to stop by the guy's (Marquez) house at 3:00 p.m. and pick up the money from the guy's wife.  Eddie said he was talking to the wife and told her that her husband was a thief and the lady got defensive and told Eddie not to call him that.

62.     Barrios Villegas said that Marquez owed $22,000.00 from what he had written down.  Barrios Villegas asked if the guy was going to pay all the "paper," and Eddie said, "everything."

63.     Barrios Villegas drove to 1058 Dearborn Street and sent Eddie a text message saying, "Have her come out."

64.     Michelle Marquez left the house and with a package in her hand and passed it to Barrios Villegas through the car window.  Barrios Villegas then left the house, pulling around the corner to park.

65.     Barrios Villegas called Eddie and told him that it was only $7,500.00. Eddie cursed and said they had told him it was fourteen and the girl had told him they had it all.

<u>Search Warrant at 1058 Dearborn Street</u>

14

66.     On September 20, 2022, DEA agents executed a search warrant at Michelle and Urbano Marquez's home, 1058 Dearborn Street, Denver, Colorado.

Defendant 1058 Dearborn Street

67.     Defendant 1058 Dearborn Street is titled to Michelle and Urbano Marquez. It was purchased on February 20, 2004, for $166,230.00, and upon information and belief is encumbered in the amount of $46,849.00.

68.     As stated above, on or about February 7, 2022, April 27, 2022, and June 20, 2022, Urbano Marquez and others used defendant 1058 Dearborn Street to facilitate the commission of their drug-trafficking activities.

Surveillance of Ronnie Garcia

69.     While continuing to monitor through intercepted communications between Cesar Barrios Villegas and the source of supply (SOS) in the Republic of Mexico, DEA agents learned of a pending drug transaction between Barrios Villegas and Ronnie Garcia.

70.     On July 20, 2022, agents conducted surveillance at 4419 Grant Street, Denver, Colorado, the home of Ronnie Garcia.  Agents observed Barrios Villegas enter the home, then leave a few minutes later in Garcia's 2015 GMC Sierra 2500 HD Denali.

71.     Barrios Villegas then drove to a large open parking lot at 29th Avenue and High Street, Denver, Colorado, and met with Juan Gallegos, the load driver, who arrived in a silver Ford F-150 truck.

72.     At this time, Barrios Villegas told the SOS to let Garcia know to meet at the "shop."  Barrios Villegas and Gallegos then drove to 1410 W. 41st Avenue Denver, Colorado, a detached garage near Ronnie Garcia's residence.

73.     Agents observed Garcia load a large white cellophane bag with a Harley Davidson logo on it into the back of a 2013 Jeep Grand Cherokee.  Garcia then drove from 4419 Grant Street to 1410 W. 41st Avenue.

74.     When everyone had arrived at 1410 W. 41st Avenue, Garcia went into the detached garage and backed out a 1971 Chevrolet Chevelle out of the garage and Gallegos drove the Ford F-150 truck into the garage.  Garcia got the white cellophane bag from the Jeep Grand Cherokee, and everyone went into the garage.

75.     Later, Gallegos pulled the Ford F-150 truck out of the garage and Garcia backed the 1971 Chevrolet Chevelle back into the garage.  Gallegos left the house in the Ford F-150 truck and Garcia left in the Jeep Grand Cherokee.

76.     As Garcia approached the interchange between 38th and Interstate 25, he accelerated and cut through a gas station parking lot to enter back onto the ramp for Interstate 25 north, cutting off two civilian cars and causing them to pull off the road. Before officers could make a traffic stop, Garcia fled from officers at a high rate of speed.

<u>Search Warrant at 1410 West 41st Avenue</u>

77.     On July 20, 2022, a state search warrant was executed at 1410 West 41st Avenue.  The warrant was specifically for the detached garage, not for the physical residence.

<u>Defendant $44,000.00 in United States currency</u>

78.     During the search, law enforcement seized defendant approximately $44,000.00 in United States currency inside of the white cellophane bag previously seen with Garcia from the garage at 1410 West 41st Avenue.  Additionally, law enforcement found 1109.94 grams of cocaine hidden in a bag that was stored inside a door box next to defendant 1971 Chevrolet Chevelle in the garage.

Defendant 1971 Chevrolet Chevelle Malibu

79.     Defendant 1971 Chevrolet Chevelle was purchased on June 13, 2022.  The registered owner of defendant 1971 Chevrolet Chevelle is Bernadette Garcia, Ronnie Garcia's sister.  Bernadette Garcia is believed to be the "shell" person in the investigation, as multiple vehicles and other property are under her name.

80.     Officers seized defendant 1971 Chevrolet Chevelle as proceeds of illicit drug trafficking activities.

81.     Neither Bernadette Garcia nor Ronnie Garcia has any significant wages to establish sufficient income to purchase defendant 1971 Chevrolet Chevelle.  Specifically, Ronnie Garcia has no record of reported wages, and Bernadette Garcia has only $1,157.13 in reported wages since 2016.

Search Warrant at 4419 Grant Street

82.     On July 20, 2022, a state seizure warrant was executed at 4419 Grant Street, Denver, Colorado, the home of Ronnie Garcia.

Defendant $5,200.00 in United States currency

83.     Officers seized defendant approximately $5,200.00 in United States currency from inside a money envelope in a dresser in Garcia's bedroom at 4419 Grant

Street.  Officers also found a money counter, multiple boxes of anabolic steroids, and a stolen motorcycle.

Defendant 2015 GMC Sierra 2500HD

84.    Defendant 2015 GMC Sierra 2500HD was purchased on January 15, 2021. The registered title owner is Bernadette Garcia.

85.    As stated above, neither Ronnie Garcia nor Bernadette Garcia have sufficient wages to support the purchase of defendant 2015 GMC Sierra 2055HD.

86.    Defendant 2015 GMC Sierra 2500HD was seized on July 26, 2022, from 4419 Grant Street.  On the day of the seizure, the vehicle was registered to Bernadette Garcia.  However, the following day, the ownership/registration was changed to who investigators believe to be Ronnie Garcia's mechanic, Estevan Jose Adame Armendarez, 5559 Xapary Way, Denver, CO 80239.

Defendant 2013 Jeep Grand Cherokee

87.    Defendant 2013 Jeep Grand Cherokee was purchased on February 10, 2021.  The registered title owner is Ronnie Garcia's wife, Jaclyn Alvarez.

88.    Ms. Alvarez also had a 2008 Lexus registered in her name that was believed to be her personal vehicle.

89.    Ms. Alvarez also had minimal reported wages in 2021 and 2022, earning approximately $31,000 a year.

90.    On July 21, 2022, investigators found defendant 2013 Jeep Grand Cherokee at 5990 Dahlia Street, Commerce City, Colorado.  As stated above, Ronnie

Garcia utilized defendant 2013 Jeep Grand Cherokee to facilitate his drug trafficking activities.

Criminal Charges

91.    On September 19, 2022, Ronnie Garcia was arrested and charged in Adams County with conspiracy to distribute cocaine, money laundering, and possession with intent to distribute a controlled substance.

92.    On September 19, 2022, Javier Vasquez was arrested and charged in Adams County with conspiracy to distribute a controlled substance and distributing a controlled substance.

93.    On September 19, 2022, Urbano Marquez was arrested and charged in Adams County with cocaine conspiracy, cocaine pattern of racketeering, conspiracy to distribute a controlled substance, distributing a controlled substance, and money laundering.

VERIFICATION OF NAME
TASK FORCE OFFICER, DRUG ENFORCEMENT ADMINISTRATION

I, Lionel Kahan, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

s/ _____

Task Force Officer, DEA

**FIRST CLAIM FOR RELIEF**

94.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

95.     By the foregoing and other acts, defendant 1600 Julian Way constitutes real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the exchange of controlled substance in violation of 21 U.S.C. § 801 et seq, and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7).

**SECOND CLAIM FOR RELIEF**

96.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

97.     By the foregoing and other acts, defendant 2 Gold Bars constitutes proceeds traceable to an exchange of controlled substance in violation of 21 U.S.C. § 801 et seq, in violation of 21 U.S.C. § 801 et seq., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

**THIRD CLAIM FOR RELIEF**

98.     The Plaintiff repeats and incorporates by reference each of the paragraphs above.

99.      By the foregoing and other acts, defendant 2017 Toyota Tundra VIN: 5TFUW5F10HX649331 constitutes a vehicle used or intended to be used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of 21 U.S.C. § 801 et seq., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

## FORTH CLAIM FOR RELIEF

100.    The Plaintiff repeats and incorporates by reference each of the paragraphs above.

101.    By the foregoing and other acts, defendant 1058 Dearborn Street constitutes real property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the exchange of controlled substance in violation of 21 U.S.C. § 801 et seq, and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7).

## FIFTH CLAIM FOR RELIEF

102.    The Plaintiff repeats and incorporates by reference each of the paragraphs above.

103.    By the foregoing and other acts, defendant $44,000.00 in United States currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, or proceeds traceable to an exchange of controlled substance in violation of 21 U.S.C. § 801 et seq., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SIXTH CLAIM FOR RELIEF

104.    The Plaintiff repeats and incorporates by reference each of the paragraphs above.

105.    By the foregoing and other acts, defendant 1971 Chevrolet Chevelle Malibu Vin: 136671B230718 constitutes proceeds traceable to an exchange of controlled

substance in violation of 21 U.S.C. § 801 et seq., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SEVENTH CLAIM FOR RELIEF

106.   The Plaintiff repeats and incorporates by reference each of the paragraphs above.

107.   By the foregoing and other acts, defendant $5,200.00 in United States currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, or proceeds traceable to an exchange of controlled substance in violation of 21 U.S.C. § 801 et seq., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## EIGHTH CLAIM FOR RELIEF

108.   The Plaintiff repeats and incorporates by reference each of the paragraphs above.

109.   By the foregoing and other acts, defendant 2015 GMC Sierra 2500HD Denali Crew Cab Vin: 1GT120E84FF623835 constitutes proceeds traceable to an exchange of controlled substance in violation of 21 U.S.C. § 801 et seq, and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## NINTH CLAIM FOR RELIEF

110.   The Plaintiff repeats and incorporates by reference each of the paragraphs above.

111.   By the foregoing and other acts, defendant 2013 Jeep Grand Cherokee Vin: 1C4RJFDJ3DC574414 constitutes a vehicle used or intended to be used, to transport, or

in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of 21 U.S.C. § 801 et seq., and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant assets in favor of the United States, that the United States be authorized to dispose of the defendant assets in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant assets and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 17th day of January 2023.

Respectfully submitted,

Tonya S. Andrews
United States Attorney

By: *s/Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO 80202
    Phone: (303) 454-0100
    Email: tonya.andrews@usdoj.gov
    *Attorney for the United States*